1

2

3

4                UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7   R. IVANNE VAZQUEZ,               Case No.  15-cv-00163-KAW

          Plaintiff,

8                           ORDER TRANSFERRING CASE TO THE

      v.                         EASTERN DISTRICT OF CALIFORNIA

9

  SELECT PORTFOLIO SERVICING INC.,,    Re: Dkt. No. 1

10

          Defendant.

11

12

13       The above-captioned case was improperly filed in the United States District Court for the

14 Northern District of California.  Plaintiff's claims arise from events that occurred in Yuba City,

15 which is located in the Eastern District of California.  Accordingly, the Clerk shall TRANSFER

16 this action to the United States District Court for the Eastern District of California, where proper

17 venue lies because a substantial part of the events or omissions giving rise to the claims occurred

18 there.  *See* 28 U.S.C. §§ 84(b), 1391(b), 1406(a).

19       IT IS SO ORDERED.

20 Dated: January 20, 2015

21                               Kandis Westmore

22                             KANDIS A. WESTMORE

                             United States Magistrate Judge

23

24

25

26

27

28

United States District Court
Northern District of California